# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RUTH M. RAIBLE, | ) | Civil Action No. 2:14-cv-1307 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | United States District Judge |
| v. | ) | Arthur J. Schwab |
| | ) | |
| UNION SECURITY INSURANCE | ) | |
| COMPANY, | ) | United States Magistrate Judge |
| | ) | Cynthia Reed Eddy |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Before the Court is the Report and Recommendation of the magistrate judge (doc. no. 15) recommending that the Motion to Remand to the Court of Common Pleas of Westmoreland County, Pennsylvania filed by Plaintiff (doc. no. 6) be granted. Objections to the Report and Recommendation were due by February 19, 2015. No objections were filed. The matter is ripe for disposition.

The district court must make a *de novo* determination of those portions of the report to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir.1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The district court judge may also receive further evidence or recommit the matter to the magistrate judge with instructions

AND NOW, this 20th day of February, 2015, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**IT IS ORDERED** that the Report and Recommendation (doc. no. 15) is **ADOPTED** as the Opinion of the Court.

1

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand to the Court of Common Pleas of Westmoreland County, Pennsylvania (doc. no. 6) is **GRANTED**.

**SO ORDERED** this 20th day of February, 2015

*Arthur J. Schwab*
Arthur J. Schwab
United States District Judge

cc: all Registered ECF Counsel